**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 10, 2015**

_____

(Q11698/sm6)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | Case No. 15-50065 |
| Jacquelin Yolanda Henley | Chapter 13 Proceedings |
| | Judge Charles Caldwell |
| Debtors. | **AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** **Docket # 18** |

      This cause came before the Court upon the Objection to Confirmation of Chapter 13 Plan (the "Objection") filed by Wells Fargo Dealer Services, and by the agreement of the Debtor and Wells Fargo Dealer Services.

      By consent of the parties, the Court hereby finds as follows:

      1)    That the creditor, Wells Fargo Dealer Services, has a security interest in a 2009 Toyota Camry (the "Collateral").

2)	That the Debtor will retain the Collateral of Wells Fargo Dealer Services.

3)	That the Debtor shall maintain adequate insurance coverage on said Collateral and shall provide Wells Fargo Dealer Services with proof of insurance upon request.

4)	That the claim of Wells Fargo Dealer Services is stipulated by the parties to be listed and allowed as a secured claim in the amount of $11,050.00 together thereon with interest at the rate of 4.75%.

5)	That the balance of $329.68 shall be allowed as a general unsecured claim.

6)	That the parties hereby agreed Wells Fargo Auto Finance Inc. shall receive adequate protection payments in the amount of $170.00 per month.

7)	The Objection of Wells Fargo Dealer Services is hereby withdrawn.

IT IS SO ORDERED.

Submitted by:


/s/Theodore A. Konstantinopoulos	/s/Michael A. Cox
THEODORE A. KONSTANTINOPOULOS #0065542	Michael A. Cox # 0075218
Attorney for Creditor	Attorney for the Debtor
Javitch Block LLC	2500 High Street
1100 Superior Avenue, 19th Floor	Siute 100
Cleveland, Ohio 44114-9971	Columbus, OH 43202
(216) 623-0000	(614) 267-2871
ndoh@jbandr.com	coxecf@columbusdebtrelief.com


Faye D. English
Faye D. English
Trustee in Bankruptcy
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
(614) 436-6700

## **CERTIFICATE OF SERVICE**

Serve the default list plus additional parties:

Theodore A. Konstantinopoulos
Attorneys for Creditor
(Electronic Service)